**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Alexis Vidal Campos ZAMORA** <br> DOB: 2002; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br><br> 23-08914MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about June 10, 2023, in the District of Arizona, **Alexis Vidal Campos ZAMORA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 9,800 rounds of 7.62 x 39 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On June 10, 2023, **Alexis Vidal Campos ZAMORA** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped for inspection a black 2008 Mercedes bearing Arizona temporary tag FDA1XP driven by sole occupant **Alexis Vidal Campos ZAMORA**. The CBPO asked **ZAMORA** who the owner of the vehicle was and if he was taking anything back to Mexico with him. **ZAMORA** stated that it was his father's vehicle, and he was not bringing anything back with him. Upon physical inspection of the vehicle, a CBPO noticed something in the spare tire well. During an inspection of the vehicle through the Z-portal machine, the operator noticed anomalies inside the spare tire well. A subsequent inspection of the vehicle resulted in the discovery of 14 ammunition spam cans containing a total of 9,800 rounds of 7.62 x 39 ammunition.

In a post-*Miranda* interview, **ZAMORA** stated that he picked up the vehicle in Tucson because a friend of his had asked him to. **ZAMORA** said the friend told him to take the vehicle to a pool hall in Nogales, Sonora, across from the DeConcini Port of Entry. **ZAMORA** was asked who he was meeting there, and he stated that he wasn't sure but knew the male by his first name. **ZAMORA** was asked if he knew what was in the car and he said no that he was told the car was empty, but that he had some suspicion that there might be something in the car. **ZAMORA** stated that he couldn't open the trunk but figured that that was simply the way the car was. **ZAMORA** was asked how much he was being paid for this and he stated he was going to be given $500 when he

(BASIS OF COMPLAINT CONTINUED ON REVERSE.)

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| AUTHORIZED BY AUSA R. Arellano _Raquel Arellano_ <br> Digitally signed by RAQUEL ARELLANO <br> Date: 2023.06.12 17:01:30 -07'00' | OFFICIAL TITLE <br> HSI Special Agent Danielle Marie Maese |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> June 13, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

returned to Mexico. **ZAMORA** was asked again if he knew there was ammunition in the vehicle to which he responded "no."

While **ZAMORA** was in the interview area waiting for his fingerprints to be taken, he asked a CBPO if he was going to be released and allowed to go to Mexico. The CBPO told him he would not be because he had ammunition in his vehicle. When the CBPO stated to **ZAMORA** "you knew you were transporting ammunition, right?", **ZAMORA** responded "yes."

The rounds of ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ZAMORA** does not possess a license to export ammunition into Mexico.